1   J. CHRISTOPHER JORGENSEN, ESQ.
    STATE BAR NO. 5382
2   MARVIN C. RUTH, ESQ.
    STATE BAR NO. 10979
3   LEWIS AND ROCA LLP
    3993 Howard Hughes Pkwy., Ste. 600
4   Las Vegas, NV 89169
    (702) 949-8200
5   (702) 949-8398/fax

6   *Attorneys for Defendants Countrywide Home*
    *Loans, Inc. and Recontrust Company*
7

8                  **UNITED STATES DISTRICT COURT**

9               **FOR THE DISTRICT OF NEVADA**

10  JACKSON TAN, an individual,              Case: 2:09-cv-01968-PMP-GWF

11                        Plaintiff,

12      vs.
                                             **ORDER CANCELING LIS PENDENS**
13  COUNTRYWIDE HOME MORTGAGE INC.;
    RECONTRUST COMPANY; et al.,
14
                          Defendants.
15

16      This Court granted Defendants, Countrywide Home Loans, Inc. and Recontrust

17  Company's (Defendants"), Motion for Summary Judgment on February 23, 2011 [DE 47].

18      The Court finds that Plaintiff filed a Notice of Pendency of Action (the "Lis Pendens") on

19  or about September 11, 2009, in the Eighth Judicial District Court of the State of Nevada before

20  the action was removed to this Court.  A copy of the Lis Pendens is attached hereto as Exhibit

21  "A."

22      UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the

23  Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their

24  requested relief and rules as follows:

25      1.      IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced

26  above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

27      2.      This order has the same effect as an expungement of the original Lis Pendens and

28  any other lis pendens.

3.     IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By_____

UNITED STATES DISTRICT COURT JUDGE

DATED: _ May 19, 2011          _____

Submitted by:

LEWIS AND ROCA LLP

By:_____
   J. CHRISTOPHER JORGENSEN, ESQ.
   3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, NV 89169

   *Attorneys for Defendants Countrywide Home*
   *Loans, Inc. and Recontrust Company*

EXHIBIT "A"

# EXHIBIT "A"

● ORIGINAL ●

FILED
SEP 11 2009
[signature]

1  PARCEL NO (163-13-312-005)
   BOGGESS & HARKER
2  MICHAEL J. HARKER, ESQ.
   Nevada Bar No. 005353
3  5550 Painted Mirage Road, Suite 255
   Las Vegas, Nevada 89149
4  (702) 233-5040
   Attorney for Plaintiffs
5

A – 09 – 599074 – C
388534
[barcode]

6                    **DISTRICT COURT**

                **CLARK COUNTY, NEVADA**

7  JACKSON TAN, an individual          CASE NO: A-09-599074-C
                                        DEPT NO:   VII
8                Plaintiffs,
   vs.
9
   COUNTRYWIDE HOME MORTGAGE          **NOTICE OF LIS PENDENS**
10 INC., Corporation and I through X inclusive,
   RECONTRUST COMPANY, a Corporation.
11
                Defendants.
12

13        NOTICE is hereby given that an action has been commenced and is now pending in this court

14 on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the

15 title to said interest of the parties to be granted to Plaintiff.

16        The real property in the County of Clark affected thereby is particularly described as follows:

17 SIERRA DEPLATE
   PLAT BOOK 25 PAGE 80
18 LOT 5 BLOCK 1
   PARCEL NO. 163-13-312-005

19 Commonly known as 5872 Corazon Drive, Las Vegas, Nevada 89103.

20 DATED this 11 day of September, 2009.

21

22                          BOGGESS & HARKER

23                          BY: [signature]
24                          MICHAEL J. HARKER, ESQ.,
                            Nevada State Bar Number 5353
25                          5550 Painted Mirage Road, Suite 255
                            Las Vegas, NV 89149
26                          Attorney for Plaintiff

27

28 RECEIVED
   SEP 11 2009                      1                 tan.lispens09.09.mw.wpd
   CLERK OF THE COURT

BOGGESS & HARKER
5550 Painted Mirage Road, Suite #255
Las Vegas, Nevada 89149
(702) 233-5040 · Fax 233-2209